UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULD, *et al.*<br><br>　　*Plaintiffs,*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　*Defendants.* | Case No. 20-cv-2444-RCL |
| ESTATE OF ARI FULD, *et al.*<br><br>　　*Plaintiffs,*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　*Defendants.* | Case No. 20-cv-3492-RCL |

## ORDER AND JUDGMENT

Before the Court is plaintiffs' motion for default judgment. ECF No. 27. For the reasons stated in the Memorandum Opinion issued this date and upon consideration of plaintiffs' motion, the related legal memoranda in support thereof, the record, prior proceedings in related cases before this Court, and defendants' failure to appear, it is hereby

**ORDERED** that plaintiffs' motion for default judgment is **GRANTED**; and it is further

**ORDERED** that final judgment is entered in favor of plaintiffs and against defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria"); and it is further

**ORDERED** that the prevailing plaintiffs shall receive $47,812,737 in compensatory damages and $143,438,211 in punitive damages to be distributed as follows:

1

| Plaintiff | Compensatory Damages | Punitive Damages | Total Damages |
|---|---|---|---|
| Estate of Ari Fuld | $1,669,801 | $5,009,403 | $6,679,204 |
| Miriam Fuld | $8,642,936 | $25,928,808 | $34,571,744 |
| Harvey Jonas Yonah Fuld | $5,000,000 | $15,000,000 | $20,000,000 |
| Mary Alice Fuld | $5,000,000 | $15,000,000 | $20,000,000 |
| N.F. | $5,000,000 | $15,000,000 | $20,000,000 |
| Naomi Fuld | $5,000,000 | $15,000,000 | $20,000,000 |
| Tamar Fuld | $5,000,000 | $15,000,000 | $20,000,000 |
| Eliezer Yakir Fuld | $5,000,000 | $15,000,000 | $20,000,000 |
| Daniel Yaakov Fuld | $2,500,000 | $7,500,000 | $10,000,000 |
| Eytan Fuld | $2,500,000 | $7,500,000 | $10,000,000 |
| Hillel Chaim Shlomo Fuld | $2,500,000 | $7,500,000 | $10,000,000 |

It is further **ORDERED** that defendants Iran and Syria shall be jointly and severally liable for the compensatory damages award and the punitive damages award; and it is further

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

It is **SO ORDERED**

Date: March 27, 2024

Royce C. Lamberth
United States District Judge

2